STEPHANIE M. HINDS (CABN 154284)
United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3693
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRENT DONYA ANTWINE,<br><br>    Defendant. | Case No.: 21-CR-00433 HSG<br><br>STIPULATION AND ORDER TO CONTINUE<br><br>Date: July 27, 2022<br>Time: 2:00 PM<br>Hon. Haywood S. Gilliam, Jr. |

On July 27, 2022, the above-entitled matter is scheduled for a status hearing on a pending Form 12 Petition alleging that Mr. Antwine violated the terms of his supervised release. U.S. Probation is currently in the process of sourcing a 90-day drug treatment program for Mr. Antwine. The parties jointly request that the Court continue the hearing to September 7, 2022, at 2:00 p.m. to give Probation time to identify a program and to allow Mr. Antwine time to enter and acclimate to the program.

IT IS STIPULATED AND AGREED that the status hearing set for July 27, 2022, at 2:00 p.m. be continued to September 7, 2022, at 2:00 p.m.

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | IT IS SO STIPULATED. |
| 3 | | |
| 4 | Dated:   July 21, 2022 | |

JODI LINKER
Federal Public Defender
Northern District of California

_____/S/_____
JEROME MATTHEWS
Counsel for Defendant

Dated:   July 21, 2022

STEPHANIE HINDS
United States Attorney

_____/S/_____
CYNTHIA JOHNSON
Special Assistant US Attorney

IT IS SO ORDERED.

Dated:   7/22/2022

_____
HON HAYWOOD S. GILLIAM, JR.
United States District Court Judge

ORDER TO CONTINUE
*ANTWINE*, 21-CR-00433 HSG